***OKLAHOMA MILITARY ACADEMY BOARD OF REGENTS-POWERS AND AUTHORITY*** TITLE 70 O.S. 1970, Supp. 3806 [70-3806] GIVES THE BOARD OF REGENTS POWER TO ENTER INTO A CONTRACT FOR THE PRESIDENCY OF OKLAHOMA MILITARY ACADEMY, NOW CLAREMORE JUNIOR COLLEGE, AND POWER TO SET THE SALARY OF THE PRESIDENT OF THAT INSTITUTION. HOWEVER, SAID BOARD OF REGENTS CANNOT ENCUMBER REVENUES OF FUTURE FISCAL YEARS. CITE: TITLE 70 O.S. 1965, 3806 [70-3806]. (TODD MARKUM)